IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

MARTHA CHILDRESS, Individually and as Next Friend and Administrator of the Estate of Jason A. Childress, Deceased,

    Plaintiff,

v.

LINCOLN GENERAL INSURANCE COMPANY,

    Defendant.

Case No. 4:11-cv-7

## STIPULATION OF DISMISSAL

Now come the parties, pursuant to Rule 41(a)(1)(A)(ii), and stipulate the dismissal of this action, with prejudice.

Respectfully submitted this 19th day of January, 2012.

/s/ Travis J. Graham
Travis J. Graham (TN BPR No. 019402)
GENTRY LOCKE RAKES & MOORE, LLP
800 SunTrust Plaza
Roanoke, VA 24022-0013
Phone: (540) 983-9300
Facsimile: (540) 983-9400
graham@gentrylocke.com
*Attorney for Martha Childress*

/s/ J. Anthony Carozza
J. Anthony Carozza, Esq.
Ohn Park, Esq.
RUBERRY STALMACK & GARVEY, LLC
500 W. Madison Street, Suite 2300
Chicago, IL 60661
Phone: (312) 466-8050
Fax: (312) 466-8055
*Attorneys for Lincoln General Insurance Company*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January, 2012, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Mark S. LeVan, Esq.
C. Benton Patton, Esq.
LeVAN SPRADER PATTON & McCASKILL
150 Fourth Avenue, North, Suite 1020
Nashville, TN 37219

J. Anthony Carozza, Esq.
Ohn Park, Esq.
RUBERRY STALMACK & GARVEY, LLC
500 W. Madison Street, Suite 2300
Chicago, IL 60661
Phone: (312) 466-8050
Fax: (312) 466-8055
*Attorneys for Lincoln General Insurance Company*

John P. Konvalinka, Esq.
Thomas M. Gautreaux, Esq.
GRANT KONVALINKA & HARRISON, PC
Republic Centre, Ninth Floor
633 Chestnut Street
Chattanooga, TN 37450

*Attorneys for Plaintiff*

/s/ Travis J. Graham